# United States Court of Appeals
# for the Federal Circuit

———————————

July 13, 2011
**ERRATA**

———————————

2011-1115

GENERAL PROTECHT GROUP, INC.
(formerly known as Zhejiang Dongzheng Electrical Co.),
G-TECHT GLOBAL CORPORATION,
SECURELECTRIC CORPORATION, and
WAREHOUSE-LIGHTING.COM, LLC,

Plaintiffs-Appellees,

and

CENTRAL PURCHASING, LLC and
HARBOR FREIGHT TOOLS USA, INC.,

Plaintiffs-Appellees,

v.

LEVITON MANUFACTURING CO., INC.,

Defendant-Appellant.

———————————

Decided July 8, 2011
Precedential Opinion

———————————

Please make the following change:

Page 2, correction of
law firm name "Sills Cummis & Cross P.C." to "Sills Cummis & Gross P.C."